DÍAZ ET AL., DEMANDANTES Y APELADOS, *v.* RIVERA, DEMANDADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en
pleito sobre rescisión de contrato y daños.

No. 2823.—Resuelto en mayo 22, 1923.

RESCISIÓN Y DAÑOS Y PERJUICIOS—APRECIACIÓN DE PRUEBA CONTRADICTORIA.—
En el presente caso, que versa sobre rescisión de contrato y daños y per-
juicios, el Tribunal Supremo confirmó la sentencia porque no se ha demos-
trado abuso de discreción al apreciar la prueba contradictoria, disponiendo,
además, que la rescisión se lleve a cabo con arreglo al artículo 1262 del Có-
digo Civil Revisado.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. E. Flores Colón.*
Abogado de los apelados: *Sr. C. Brunet.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del
tribunal.

Versa este pleito sobre la rescisión de contrato y daños
y perjuicios. Se alega, en síntesis, que los demandantes,
dueños de siete octavas partes de cierta finca rústica, con-
certaron la venta de sus participaciones con el demandado
y éste adelantó a los demandantes quinientos dólares a
cuenta del precio fijado en $1,750, se posesionó de la finca
disfrutando de sus productos y luego, habiendo bajado el
valor de los terrenos, se negó a cumplir el contrato ocasio-
nando daños a los demandantes por valor de $2,750.

Contestó el demandado negando ciertos hechos y acep-
tando, en resumen, que en efecto está en posesión de la finca
por haberla comprado por la suma de dos mil dólares pa-
gando quinientos por adelantado y debiendo pagar el resto
cuando se le otorgara una escritura en debida forma y no
como la que se intentó otorgársele a virtud de la cual le ven-
dían solamente sus condominios los demandantes quedando
sin vender un condominio perteneciente a un menor.

Fué el pleito a juicio y la corte dictó sentencia declarando
rescindido el contrato y condenando al demandado a pagar

a los demandantes $840 en concepto de daños y perjuicios por depreciación de la finca.

No conforme el demandado apeló para ante este tribunal señalando en su alegato dos errores cometidos por la corte, 1, al declarar el contrato rescindido, y 2, al condenar al pago de daños y perjuicios y fijar su cuantía en $840.

La misión del Tribunal Supremo se reduce, pues, en este caso, al examen de la prueba. La hemos analizado cuidadosamente. Juzgada aisladamente la de los demandantes, es suficiente para sostener la sentencia apelada. La aprobada por el demandado contradice la de los demandantes. Hemos dudado algo, pero no estamos en condiciones de afirmar que el juez de distrito abusara de su discreción al decidir el conflicto y al fijar la cuantía de los daños. La sentencia apelada debe ser en tal virtud confirmada, entendiéndose que, de acuerdo con la ley, artículo 1262 del Código Civil, la rescisión decretada lleva consigo la devolución de la finca objeto del contrato, con sus frutos, por parte del demandado, y de los quinientos dólares recibidos a cuenta del precio, con sus intereses legales, por parte de los demandantes, todo a partir de la fecha de la interposición de la demanda.

*Confirmada.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.